1

2   Glenn Zuckerman
    **WEITZ & LUXENBERG, PC**
3   700 Broadway
    New York, New York 10003
4   Telephone: 212-558-5000
    Facsimile: 212-344-5461
5   Attorneys for Plaintiffs

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12   This Document Relates to:                    )
                                                  )
13   *Grant Kiser v. Pfizer Inc, et al.*          )   **MDL NO. 1699**
     (06-6118 CRB)                                )   **District Judge:  Charles R. Breyer**
14                                                )
     *Connie Friedman-May, et al. v. Pfizer Inc, et* )
15   *al.*                                        )
     (06-6119 CRB)                                )
16                                                )   **STIPULATION AND ORDER OF**
     *Noralynn Roman, et al. v. Pfizer Inc, et al.* )   **DISMISSAL WITH PREJUDICE**
17   (06-6120 CRB)                                )
                                                  )
18   *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* )
     (06-6121 CRB)                                )
19                                                )
     *Robert McCarrell v. Pfizer Inc, et al.*     )
20   (06-6124 CRB)                                )
                                                  )
21   *Doris Hocker v. Pfizer Inc, et al.*         )
     (06-6129 CRB)                                )
22                                                )
     *Patricia Rogers v. Pfizer Inc, et al.*      )
23   (06-6130 CRB)                                )
                                                  )
24   *Robert Bates, et al. v. Pfizer Inc, et al.* )
     (06-6131 CRB)                                )
25                                                )
     *Patrick Lynch v. Pfizer Inc, et al.*        )
26   (06-6132 CRB)                                )
                                                  )
27   *Christine Sullivan, et al. v. Pfizer Inc, et al.* )
     (06-6157 CRB)                                )
28                                                )

                                  -1-

EASTW2584625.1

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* <br> (06-6158 CRB) |
| 2 | |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* <br> (06-6161 CRB) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.* <br> (06-6165 CRB) |
| 5 | |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* <br> (06-6166 CRB) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* <br> (06-6168 CRB) |
| 8 | |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* <br> (06-6169 CRB) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* <br> (06-6171 CRB) |
| 11 | |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* <br> (06-6173 CRB) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* <br> (06-6180 CRB) |
| 14 | |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* <br> (06-6186 CRB) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* <br> (06-6190 CRB) |
| 17 | |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* <br> (06-6091 CRB) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* <br> (06-6194 CRB) |
| 20 | |
| 21 | *Terry Smith v. Pfizer Inc, et al.* <br> (06-6195 CRB) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* <br> (06-6196 CRB) |
| 23 | |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* <br> (06-6197 CRB) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* <br> (06-6198 CRB) |
| 26 | |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* <br> (06-6199 CRB) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* |

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2584625.1

1  (06-6200 CRB)

2  *Louis Pratt v. Pfizer Inc, et al.*
   (06-6201 CRB)
3
   *Paul Madison v. Pfizer Inc, et al.*
4  (06-6202 CRB)

5  *Nancy Smith, et al. v. Pfizer Inc, et al.*
   (06-6203 CRB)
6
   *Walter Johnston v. Pfizer Inc, et al.*
7  (06-6204 CRB)

8  *Murry McEwen v. Pfizer Inc, et al.*
   (06-6205 CRB)
9
   *Charles Griffin, et al. v. Pfizer, Inc, et al.*
10 (06-6206 CRB)

11 *Debbie Dethrage v. Pfizer Inc, et al.*
   (06-6207 CRB)
12
   *Thomas Saunders, et al. v. Pfizer Inc, et al.*
13 (06-6208 CRB)

14 *Rex McDonald v. Pfizer Inc, et al.*
   (06-6210 CRB)
15
   *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*
16 (06-6211 CRB)

17 *Marjory Goodwin v. Pfizer Inc, et al.*
   (06-6212 CRB)
18
   *Joy Glenn, et al. v. Pfizer Inc, et al.*
19 (06-6213 CRB)

20 *Connie Henderson, et al. v. Pfizer Inc, et al.*
   (06-6283 CRB)
21
   *Aubrey Richardson, et al. v. Pfizer Inc, et al.*
22 (06-7201 CRB)

23 *Glenn Snyder, et al. v. Pfizer Inc, et al.*
   (06-7202 CRB)
24
   *Jacques Tetrault, et al. v. Pfizer Inc, et al.*
25 (06-7203 CRB)

26 *Patricia Stevens v. Pfizer Inc, et al.*
   (06-7204 CRB)
27
   *Robert Jennings, et al. v. Pfizer Inc, et al.*
28 (06-7205 CRB)

-3-

EAST\42584625.1

1   *Alice Richardson, et al. v. Pfizer Inc, et al.*   )
2   (06-7206 CRB)   )
                                                        )
3   *Steve Pardikes v. Pfizer Inc, et al.*   )
    (06-7306 CRB)   )
4                                                       )
    *Rosalyn Chute v. Pfizer Inc, et al.*   )
5   (06-7381 CRB)   )
                                                        )
6   *Carolyn Carter v. Pfizer Inc, et al.*   )
    (06-7570 CRB)   )
7                                                       )
    *Margoth Gonzalez v. Pfizer Inc, et al.*   )
8   (06-7571 CRB)   )
                                                        )
9   *Albert Blossom, et al. v. Pfizer Inc, et al.*   )
    (06-7676 CRB)   )
10                                                      )
    *Viola Porter v. Pfizer Inc, et al.*   )
11  (06-7882 CRB)   )
                                                        )
12  *Tami McKibben, et al. v. Pfizer Inc, et al.*   )
    (06-7883 CRB)   )
13                                                      )
    *Joyce Matson, et al. v. Pfizer Inc, et al.*   )
14  (06-7958 CRB)   )
                                                        )
15  *Michael Gatz, v. Pfizer Inc, et al.*   )
    (06-7959 CRB)   )
16                                                      )
    *Shamela Carr v. Pfizer Inc, et al.*   )
17  (07-0022 CRB)   )
                                                        )
18  *John Kennedy, Jr., et al. v. Pfizer Inc, et al.*   )
    (07-0023 CRB)   )
19                                                      )
    *Debi Sweet v. Pfizer Inc, et al.*   )
20  (07-0231 CRB)   )
                                                        )
21  *Clarence Bridges v. Pfizer Inc, et al.*   )
    (07-0413 CRB)   )
22                                                      )
    *Elizabeth Hilton, et al. v. Pfizer Inc, et al.*   )
23  (07-0611 CRB)   )
                                                        )
24  *Jeffrey Howard, et al. v. Pfizer Inc, et al.*   )
    (07-0816 CRB)   )
25                                                      )
    *Brenda Brunson, et al. v. Pfizer Inc, et al.*   )
26  (07-1280 CRB)   )
                                                        )
27  *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.* )
    (07-1353 CRB)   )
28

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* (07-1432 CRB) )<br>) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* (07-1570 CRB) )<br>) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* (06-6815 CRB) )<br>) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* (07-1991 CRB) )<br>) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* (07-1992 CRB) )<br>) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* (07-2630 CRB) )<br>) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* (07-2690 CRB) )<br>) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* (07-2691 CRB) )<br>) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* (07-2692 CRB) )<br>) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* (07-3284 CRB) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42584625.1

1   DATED: _10-29_, 2009      By: _____

2
3                              **WEITZ & LUXENBERG, PC**
                               700 Broadway
4                              New York, New York 10003
                               Telephone: 212-558-5000
5                              Facsimile: 212-344-5461

6                              *Attorneys for Plaintiffs*

7   DATED: Nov. 2, 2009        By: _____

8
9                              **DLA PIPER LLP (US)**
                               1251 Avenue of the Americas
10                             New York, New York 10020
                               Telephone: 212-335-4500
11                             Facsimile: 212-335-4501

12                             *Defendants' Liaison Counsel*

13

14  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**

15

16  Dated: **NOV 1 3 2009**

17                             Hon. Charles R. Breyer
                               United States District Court

18

19

20

21

22

23

24

25

26

27

28

-6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42584625.1